UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Darius Maciukas<br>  Debtor, | )<br>)<br>) |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | )<br>) Bankruptcy No. 09-09390 |
| Anthony Stelmokas<br>  plaintiff, | )  Chapter 7<br>)<br>) |
| vs. | )  Adversary No.<br>) |
| Darius Maciukas<br>  defendant. | )<br>) |

<u>Complaint To Determine Dischargeability of Debt Under 11 U.S.C. §523</u>

Plaintiff, Anthony Stelmokas, a creditor and party in interest in the above referenced bankruptcy case, files this Complaint to Determine Dischargeability of Debt Under 11 U.S.C. §523 (the "Complaint"), and in support thereof respectfully represents to the Court as follows:

I. Jurisdiction

1. This court has jurisdiction over the subject matter of this Complaint as a core proceeding pursuant to the provisions of 28 U.S.C. §§ 1334 and 157(b)(2)(1) and 11 U.S.C. §523 since this is a proceeding to determine the dischargeability of a particular debt.

2. This court has fixed July 13, 2009 as the last day to file a Complaint to Object to Discharge of Debtor under 11 U.S.C. §527 and to Determine Dischargeability of Debt under 11 U.S.C. §523. This Complaint, therefore, has been timely filed.

II. Parties

3. Darius Maciukas, filed a Voluntary Petition for Relief under Chapter 7 of the United States Code (the "Code") in this court on March 19, 2009.

4. The Debtor may be served, pursuant to Fed R Bankr P 7004(b)(1), by mailing a copy of the Summons and Complaint to 736 Sunset Drive, Naperville, Il. 60540 which address constitutes either the Debtor's dwelling house or usual place of abode. This address is taken off debtor's B9A Notice of Bankruptcy Petition as being his present dwelling house address.

PAID
JUL 10 2009
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
BY_____

### III. Operative FActs

5. Plaintiff is a creditor of the Debtor with claims in excess of $5,600..
Plaintiff's claims against the Debtor are evidenced by:

   a. A judgment entered in the Circuit Court of Cook County, Illinois, 5th Municipal District on November 18, 2008 against the Debtor Darius Maciukas in favor of Anthony Stelmokas in the amount $5,600. plus costs and interest accruing, case number: 08M5-001759.
   A copy of said judgment is attached and made part of complaint.

   b. The underlying basis of said judgment was a cash loan given to the Debtor none of which has been paid back. Attached is copy of check held a security for said loan.

   c. A lien had been recorded on Debtor's real property at 736 Sunset Dr., Naperville, Il. by memorandum of judgment a copy of which is attached and made part of this complaint.

### IV. Violation of 11 U.S.C. §523 (a)(2)(A)

6. The Debtor, through false pretneses, false representations, and/or actual fraud acted to induce Plaintiff to enter into said loan agreement for valuable consideration, and in the absence of the false pretense, false representations, and/or actual fraud by the Debtor, Plaintiff would not have entered into the loan agreement and incurred the losses attributable to the Debtor.

### V. Requested Relief

WHEREFORE, PLAINTIFF respectfully requests that htis Court upon trial:

1. Order that the Debtor's indebtedness to Plaintiff constitutes a a nondischargeable debt pursuant to 11U.S.C. §523 (a)(2)(A).
2. Grant a nondischargeable judgment in favor of Plaintiff against the Debtor plus prejudgment and post-judgment interest as provided by law, reasonable attorney fees if applicable, costs and expenses; and
3. Grant Plaintiff such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

_____
Anthony Stelmokas, plaintiff, pro se

Anthony Stelmokas
2548 West 69th St.
Chicago, Il. 60629
773-476-0404

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
_____ MUNICIPAL DISTRICT

LINE NO. _____

ANTHONY STELMOCKS
v.
DARIUS MACIOKAS

No. 08 M5 001759

## TRIAL CALL ORDER

Present before the Court:  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Plaintiff(s)' Counsel  ☐ Defendant(s)' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED:

| Code | | Item |
|---|---|---|
| 4213 | ☐ | Alias Summons to Issue for _____ |
| 4292 | ☐ | Amended Complaint or Petition - Allowed _____ |
| 4295 | ☐ | Close Discovery - Allowed _____ |
| 4235 | ☐ | File Counterclaim or Cross Complaint - Allowed _____ |
| 4234 | ☐ | File Appearance or Jury Demand Answer or Plead Allowed _____ |
| 4219 | ☐ | Defendant _____ is defaulted; cause set for |
| 4247 | ☐ | PROVE-UP on _____, ___ at ___ a.m./p.m. |
| 4406 | ☐ | Set for STATUS. All parties must appear _____, ___ at ___ m. in Room ___ |
| 4482 | ☐ | Set for TRIAL on _____, ___ at ___ m. in Room ___ |
| 8005 | ☐ | Case Dismissed for Want of Prosecution |
| 8011 | ☐ | Case Dismissed by Agreement of Parties/No Cost  ☐ With  ☐ Without Prejudice |
| 8031 | ☒ | X-Parte Default Judgment for Plaintiff for $ 5000  v. DARIUS MACIOKAS (Defendant) |
| 8001 | ☐ | Judgment for Plaintiff after trial for $ _____ with costs assessed v. _____ (Defendant) |
| 4293 | ☒ | Assess Costs - Allowed |
| 8002 | ☐ | Judgment for Defendant _____ after trial |
| 9207 | ☐ | it being further agreed that installment payments be made as follows: _____ |
| ( ) | | _____ |
| 9208 | ☐ | Order Final and Appealable |
| ( ) | ☐ | See Attached Order: _____ |
| 4304 | | The date of _____ is hereby stricken. |

Atty. No. _____
Name: A. STELMOCKS
Atty. for: Plaintiff
Address: _____
City/State/Zip: Chicago, IL
Telephone: _____

ENTERED:
Dated:

[Stamp: ENTERED JUDGE JANET ADAMS BRO___ NOV 18 2008 DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY DEPUTY CLERK]

Judge   Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

3315         (Rev. 6/11/02) CCG 0015
Memorandum of Judgment

IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS

ANTHONY STELMOKAS

v.

DARIUS MACIUKAS
08-19-114-021

**FRED BUCHOLZ**
DUPAGE COUNTY RECORDER
MAR.06,2009     RHSP    9:47 AM
OTHER           08-19-114-021
001 PAGES       R2009-032212

Recorder's Stamp

No. 08M5 001759

## MEMORANDUM OF JUDGMENT

On November 18, 2008, judgment was entered in this court in favor of the plaintiff ANTHONY STELMOKAS

and against defendant DARIUS MACIUKAS

whose address is 736 SUNSET DR., NAPERVILLE, IL

in the amount of $ 5,600.00 plus costs

Prepared by & return to

Atty. No.: Pro Se
Name: A. STELMOKAS
Atty. for: Plaintiff
Address: 2548 W. 69TH ST.
City/State/Zip: Chicago, IL 60629
Telephone: 773 476-0404

_____ 1847
Judge                    Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS